NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NESPRESSO USA, INC.,**
*Appellant*

**v.**

**K-FEE SYSTEM GMBH,**
*Appellee*

---

2024-2261

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01574.

-------------------------------------------------

**K-FEE SYSTEM GMBH,**
*Appellant*

**v.**

**NESPRESSO USA, INC.,**
*Appellee*

---

2025-1181

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00485.

------------------------------------------

**K-FEE SYSTEM GMBH,**
*Appellant*

**v.**

**NESPRESSO USA, INC.,**
*Appellee*

_____

2025-1182

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00502.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of the parties' joint stipulations of voluntary dismissal of these appeals pursuant to Federal Rule of Appellate Procedure 42(b)(1),

NESPRESSO USA, INC. v. K-FEE SYSTEM GMBH                         3

IT IS ORDERED THAT:

(1)  The appeals are dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 16, 2025
      Date

ISSUED AS A MANDATE: July 16, 2025